UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX CASTRO-FLORES and LAURA MARIN,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA d/b/a SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | CASE NO. C22-596 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Parties' Stipulated Motion for and Agreed Protective Order. (Dkt. No. 11.) Although the agreed protective order largely tracks the District's Model Protective Order, it includes overbroad designations of "confidential" materials. (See https://www.wawd.uscourts.gov/sites/wawd/files/ModelStipulatedProtectiveOrder.pdf.) As the

MINUTE ORDER - 1

Model Order specifies, when identifying "confidential" materials, "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records'" and they should "not list broad categories of documents such as 'sensitive business material.'" (See id.) The Parties' agreed protective order identifies broad categories of documents as "confidential," which is vague, overbroad, and improper. The Court DENIES the Motion without prejudice. Any revised agreed protective order must identify what specific documents might qualify as "confidential," and cannot identify broad categories of documents as "confidential."

The clerk is ordered to provide copies of this order to all counsel.

Filed October 3, 2022.

Ravi Subramanian  
Clerk of Court

s/Serge Bodnarchuk  
Deputy Clerk